UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LASALLE NATIONAL LEASING
CORPORATION,

                        Plaintiff,                    No. 03-CV-70482-DT

vs.                                                   Hon. Gerald E. Rosen

LYNDECON, L.L.C., CRAIG PASTOR,
TIM PASTOR and JOHN PASTOR,

                        Defendants.
_____/

AMENDED JUDGMENT OF LIABILITY

            At a session of said Court, held in
            the U.S. Courthouse, Detroit, Michigan
            on      November 15, 2006

            PRESENT:  Honorable Gerald E. Rosen
                        United States District Judge

        On October 25, 2006, the Court entered an Opinion and Order, together with a

Judgment of Liability, granting Plaintiff's Motion for Summary Judgment on the issue of

Defendants' liability for breach of contract but leaving for further proofs the issue of

Plaintiff's damages.

        Fed. R. Civ. P. 54(b) provides that an order or other form of decision, however

designated, which does not adjudicate all of the claims or all of the rights and liabilities of

all of the parties is a non-final decision.  The Court views the October 25, 2006

"Judgment of Liability" as such a non-final decision as it did not adjudicate the issue of

Plaintiff's damages.  Therefore, in order that to make this clear for purposes of any

appeal, the Court hereby enters this Amended Judgment of Liability.

NOW, THEREFORE, for the reasons stated in the Court's October 25, 2006

Opinion and Order and for the further reasons set forth herein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the JUDGMENT

OF LIABILITY, only, be, and hereby is, entered in favor of Plaintiff LaSalle National

Leasing Corporation and against Defendants Lyndecon, LLC, Craig Pastor, Tim Pastor

and John Pastor.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to

Fed. R. Civ. P. 54(b) and for purposes of any appeal, this JUDGMENT OF LIABILITY is

a non-final decision.  It will become a final decision when the issue of Plaintiff's damages

is adjudicated.


s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated:  November 15, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record
on November 15, 2006, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager